FILED
10/4/18 11:53 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# MINUTES OF CHAPTER 13 § 341 MEETING OF CREDITORS AND SETTLEMENT CONFERENCE ON PLAN CONFIRMATIONS

Case Name: **Sementelli** _____ TPA

Case Number: **18-10849**

Date of Meeting: **9 / 25 / 18**       Recording # **21**

Debtor(s) present **✓** or Not Present ___ (**✓** No Payments Made or ___ partial payments)

Attorney for debtor(s) **Gram** _____ (Present **✓** or Not Present ___)

Date of Plan at § 341: **8-15-18**    Applicable commitment period **✓** 3 yrs ___ 5 yrs

note: gov bar date: 2-19-19

last concil date 2-5-19

___ Meeting HELD and CONCLUDED
**✓** Meeting HELD but CONTINUED (not closed)
___ Meeting NOT HELD        ___ Order to Show Cause Requested
                            ___ To be rescheduled by Clerk

___ Confirmation Order recommended ___ Final ___ Interim
___ Amended Plan due: _____ ; Objections due: _____

___ Trustee recommends dismissal of the case (Debtor consents)
___ Trustee recommends dismissal of the case (Debtor does not consent)*
___ Trustee recommends dismissal of the case (Debtor has no defense)
___ Debtor requests dismissal of the case. Motion to be filed by the Debtor within 10 days
**✓** Continued to:
    ___ 341 Meeting    OR  **✓**  Conciliation Conf. OR ___ *Contested Hearing
    On **2-5-19** at **9:30** am/pm Location _____

_Kate Di Simone_
Chapter 13 Trustee/Attorney for Trustee