## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | Bankruptcy No. 18-10849-TPA |
| Steven C. Sementelli, | Chapter 13 |
| Debtor(s). | Related to Doc. 23 |

### CONSENT ORDER MODIFYING CONFIRMATION ORDER
### DATED FEBRUARY 8, 2019 (FILED AT DOC. 23)

WHEREAS, the Court entered a Confirmation Order at Doc 23 (the "Confirmation Order"), confirming the August 15, 2018, Plan, which, upon consent of the parties, as evidenced by their electronic signatures set forth below, is to be modified as follows:

(1) Paragraph (1.)H(2) of the Confirmation Order is revised to read as follows (terminating conflicting treatment, if any in previous Order):

(4) JPMorgan Chase Bank, N.A. (Claim No. 3) to be paid per plan for 18 remaining months in the lease agreement at filing date in amount of $257.63 per month.

Except as expressly amended herein, the Confirmation Order shall otherwise remain unchanged and controlling.

So Ordered, this \_\_\_\_, day of _____, 20\_\_\_\_.

 

 

U.S. Bankruptcy Judge

Consented to:

| | |
|---|---|
| /s/ Michael J. Graml | /s/ Owen W Katz |
| Michael J. Graml | Owen W. Katz |
| 714 Sassafras Street | Office of the Chapter 13 Trustee |
| Erie, PA 16501 | US Steel Tower, Suite 3250 |
| Contact phone 814−459−8288 | 600 Grant Street |
| Email: mattorney@neo.rr.com | Pittsburgh, PA 15219 |
| Attorney for Debtor | Email: okatz@chapter13trusteewdpa.com |
| | Tel. (412) 471-5566 x3124 |
| | Attorney for Trustee |