FILED
3/14/19 4:05 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:     Bankruptcy No. 18-10849-TPA

Steven C. Sementelli,     Chapter 13

Debtor(s).     Related to Doc. 23

**CONSENT ORDER MODIFYING CONFIRMATION ORDER
DATED FEBRUARY 8, 2019 (FILED AT DOC. 23)**

WHEREAS, the Court entered a Confirmation Order at Doc 23 (the "Confirmation Order"), confirming the August 15, 2018, Plan, which, upon consent of the parties, as evidenced by their electronic signatures set forth below, is to be modified as follows:

(1) Paragraph (1.)H(2) of the Confirmation Order is revised to read as follows (terminating conflicting treatment, if any in previous Order):

(4) JPMorgan Chase Bank, N.A. (Claim No. 3) to be paid per plan for 18 remaining months in the lease agreement at filing date in amount of $257.63 per month.

Except as expressly amended herein, the Confirmation Order shall otherwise remain unchanged and controlling.

So Ordered, this 14th day of March, 2019.

_____
U.S. Bankruptcy Judge /vas

Consented to:

/s/ Michael J. Graml
Michael J. Graml
714 Sassafras Street
Erie, PA 16501
Contact phone 814−459−8288
Email: mattorney@neo.rr.com
Attorney for Debtor

/s/ Owen W Katz
Owen W. Katz
Office of the Chapter 13 Trustee
US Steel Tower, Suite 3250
600 Grant Street
Pittsburgh, PA 15219
Email: okatz@chapter13trusteewdpa.com
Tel. (412) 471-5566 x3124
Attorney for Trustee

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 18-10849-TPA
Steven C. Sementelli                                                    Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1          User: culy          Page 1 of 2          Date Rcvd: Mar 14, 2019
                              Form ID: pdf900    Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 16, 2019.
```
db             +Steven C. Sementelli,    1820 West 56 Street,    Erie, PA 16509-1839
cr             +Tendto Credit Union, f/k/a Erie Community Credit U,    1915 East 36th Street,
                 Erie, PA 16510-2663
14901813       +American Express/Macy's,    Bankruptcy Processing,    P.O. Box 8053,   Mason, OH 45040-8053
14901823       +Attn: Bankruptcy Dept.,    Tendto Credit Union,    P.O. Box 498181,   Cincinnati, OH 45249-7181
14901822        Attn: Bankruptcy Dept.,    Synchrony Bank/JCPenney,    P.O. Box 965060,   Orlando, FL 32896-5060
14901815        Attn: Bankruptcy Dept.,    Capital One Bank (USA), N.A.,    P.O. Box 30285,
                 Salt Lake City, UT 84130-0285
14901819        Attn: Bankruptcy Dept.,    Northwest Bank,    P.O. Box 30495,   Tampa, FL 33630-3495
14901824       +Attn: Credit Department,    United Refining Company,    P.O. Box 599,   Warren, PA 16365-0599
14901814       +Best Buy Credit Services,    P.O. Box 790441,    St. Louis, MO 63179-0441
14941340       +Citibank, N.A.,    Citibank, N.A.,   701 East 60th Street North,    Sioux Falls, SD 57104-0493
14901816       +Citibank/Shell Oil,    Centralized Bankruptcy Operations,    P.O. Box 790034,
                 St. Louis, MO 63179-0034
14901817       +Citicorp Credit Services,    Centralized Bankruptcy Operations,    P.O. Box 790040,
                 St. Louis, MO 63179-0040
14941339        Department Stores National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
                 Kirkland, WA 98083-0657
14917548        JPMorgan Chase Bank, N.A.,    National Bankruptcy Department,    P.O. Box 901032,
                 Ft. Worth TX 76101-2032
14931712       +Northwest Bank,    PO Box 337,   Warren PA 16365-0337
14901820        Quicken Loans, Inc.,    P.O. Box 442359,    Detroit, MI 48244-2359
14920722       +Tendto Credit Union,    f/k/a Erie Community Credit Union,
                 c/o Carol F. Messenger, Payment Solution,    1915 East 36th Street,    Erie, PA 16510-2663
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14919947        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 15 2019 02:50:40
                 Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
14904811        E-mail/Text: mrdiscen@discover.com Mar 15 2019 02:48:11     Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH 43054-3025
14901818        E-mail/Text: mrdiscen@discover.com Mar 15 2019 02:48:11     Discover Financial Services,
                 P.O. Box 3025,    New Albany, OH 43054-3025
14940329        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 15 2019 02:51:01
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
14902460       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 15 2019 02:51:00
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14912806       +E-mail/Text: bankruptcyteam@quickenloans.com Mar 15 2019 02:48:57     Quicken Loans Inc.,
                 635 Woodward Avenue,    Detroit, MI 48226-3408
14901821        E-mail/Text: bk.notifications@jpmchase.com Mar 15 2019 02:48:24     Subaru Motors Finance,
                 c/o Chase Auto Finance,    P.O. Box 901076,    Fort Worth, TX 76101-2076
14901825       +E-mail/Text: collections@widgetfinancial.com Mar 15 2019 02:48:39     Widget Financial,
                 2154 East Lake Road,    Erie, PA 16511-1140
                                                                                               TOTAL: 8
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              JPMorgan Chase Bank, N.A.
cr              Quicken Loans Inc.
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                 TOTALS: 2, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 16, 2019                                   Signature:  /s/Joseph Speetjens

```
District/off: 0315-1           User: culy                Page 2 of 2                   Date Rcvd: Mar 14, 2019
                               Form ID: pdf900           Total Noticed: 25
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 14, 2019 at the address(es) listed below:
              James     Warmbrodt     on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
              Karina    Velter    on behalf of Creditor    JPMorgan Chase Bank, N.A. amps@manleydeas.com
              Michael J. Graml     on behalf of Debtor Steven C. Sementelli mattorney@neo.rr.com,
               mjgraml@verizon.net
              Nicholas R. Pagliari     on behalf of Creditor    Tendto Credit Union, f/k/a Erie Community Credit
               Union npagliari@mijb.com,    sburick@mijb.com
              Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 6
```