**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | Case No. 18- 10849 -TPA |
| | : | (Chapter 13) |
| **STEVEN C. SEMENTELLI** | : | Judge Thomas P. Agresti |
| | : | |
| | : | |
| **Debtor.** | : | |
| | : | |
| **STEVEN C. SEMENTELLI** | : | Document No. |
| | : | |
| | : | |
| **Movant,** | : | Related to Document No. |
| | : | |
| vs. | : | |
| | : | |
| **RONDA J. WINNECOUR, ESQ.** | : | |
| **Chapter 13 Trustee, et al.** | : | |
| | : | |
| | : | |
| **Respondents.** | : | |
| | : | |

## CERTIFICATE OF SERVICE OF ORDER SCHEDULING DATES FOR HEARING ON AND OBJECTION TO AMENDED PLAN DATED NOVEMBER 11, 2019, THE NOTICE OF PROPOSED MODIFICATION TO CONFIRMED PLAN AND AMENDED CHAPTER 13 PLAN

I certify under penalty of perjury that I served the above captioned above captioned pleading on the parties at the addresses specified below or on the attached list on **November 12, 2019.**

The type(s) of service made on the parties (first class mail, electronic notification, hand delivery, or another type of service) was: **First Class U.S. Mail, postage pre-paid and Electronic Notification.**

**ELECTRONIC NOTIFICATION:**

Ronda J. Winnecour, Esq.
Office of the Chapter 13 Trustee
USX Tower, Suite 3250
600 Grant Street
Pittsburgh, PA 15219
cmecf@chapter13trusteewdpa.com

Office of the U.S. Trustee
Liberty Center, Suite 970
1001 Liberty Avenue
Pittsburgh, PA 15222
ustpregion03.pi.ecf@usdoj.gov

**FIRST CLASS MAIL:**

Citicorp Credit Services
Centralized Bankruptcy Operations
P.O. Box 790040
St. Louis, MO 63179

Department Stores National Bank
c/o Quantum3 Group LLC
P.O. Box 657
Kirkland, WA 98083-0657

Discover Financial Services
P.O. Box 3025
New Albany, OH 43054-3025

**ELECTRONIC NOTIFICATION**:

Nicholas R. Pagliari, Esq.
100 State Street, Suite 700
Erie, PA 16507-1459
npagliari@mijb.com

Karina Velter, Esq.
P.O. Box 165028
Columbus, OH 43216-5028
kvelter@manleydeas.com

James C. Warmbrodt, Esq.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19016
jwarmbrodt@kmllawgroup.com

**FIRST CLASS MAIL:**

Best Buy Credit Services
P.O. Box 790441
St. Louis, MO 63179

Capital One Bank (USA), N.A.
by American InfoSource as agent
P.O. Box 71083
Charlotte, NC 28272-1083

Citibank, N.A.
701 East 60th Street
Sioux Falls, SD 57117

**FIRST CLASS MAIL:**

JPMorgan Chase Bank, N.A.
National Bankruptcy Department
P.O. Box 29505 AX1-1191
Phoenix, AZ 85038-9505

Attn: Bankruptcy Dept.
Northwest Bank
P.O. Box 337
Warren, PA 16365

Portfolio Recovery Assoc., LLC
P.O. Box 41067
Norfolk, VA 23541

Quicken Loans, Inc.
635 Woodward Avenue
Detroit, MI 48226

Attn: Carol F. Messenger
Tendto Credit Union
Payment Solutions Manager
1915 East 36th Company
Erie, PA 16510

Widget Financial
2154 East Lake Road
Erie, PA 16511

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification and those served by mail will be listed under the heading Service by First Class Mail.

EXECUTED ON:

November 12, 2019                    /s/ MICHAEL J. GRAML
                                     MICHAEL J. GRAML, ESQ.
                                     Attorney for Debtor/Movant
                                     714 Sassafras Street
                                     Erie, PA 16501
                                     (814) 459-8288
                                     PA I.D. No. 50220
                                     mjgraml@neo.rr.com