## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE:** | : | **Case No. 18-__10849__-TPA** |
| | : | **(Chapter 13)** |
| **STEVEN C. SEMENTELLI** | : | **Judge Thomas P. Agresti** |
| | : | |
| | : | |
| Debtor. | : | |
| | : | |
| **STEVEN C. SEMENTELLI** | : | Document No. |
| | : | |
| | : | |
| Movant, | : | Related to Document No. |
| | : | |
| vs. | : | |
| | : | |
| **BEST BUY CREDIT SERVICES,** | : | |
| **CAPITAL ONE BANK (USA), N.A.,** | : | |
| **BY AMERICAN INFOSOURCE AS** | : | |
| **AGENT, CITIBANK, N.A.,** | : | |
| **CITICORP CREDIT SERVICES,** | : | |
| **DEPARTMENT STORES NATIONAL** | : | |
| **BANK, C/O QUANTUM3 GROUP LLC,** | : | |
| **DISCOVER FINANCIAL SERVICES,** | : | |
| **JPMORGAN CHASE BANK, N.A.,** | : | |
| **NORTHWEST BANK, PORTFOLIO** | : | |
| **RECOVERY ASSOCIATES, LLC,** | : | |
| **QUICKEN LOANS, INC.,** | : | |
| **TENDTO CREDIT UNION,** | : | |
| **UNITED REFINING COMPANY,** | : | |
| **WIDGET FINANCIAL,** | : | |
| **OFFICE OF THE UNITED** | : | |
| **STATES TRUSTEE, AND** | : | |
| **RONDA J. WINNECOUR, ESQ.** | : | |
| **CHAPTER 13 TRUSTEE** | : | |
| | : | |
| Respondents. | : | |
| | : | |

### NOTICE AND ORDER SETTING HEARING ON AN EXPEDITED BASIS

*AND NOW*, this _____ day of _____, 2020, **NOTICE IS HEREBY GIVEN THAT** *a Request for an Expedited Hearing on Motion for Authorization to Obtain Credit pursuant to 11 U.S.C. § 1305(c) and Bankruptcy Rule 4001* ("Motion") has been filed in the above-referenced case by MICHAEL J. GRAML, ESQ., Counsel for STEVEN C. SEMENTELLI.

*On _____, 2020, at _____ __.M.* a hearing has been scheduled in The Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, Pennsylvania.

    ***On or before*** _____, ***Responses*** to the *Motion* shall be filed with the Clerk of the Bankruptcy Court and served on parties in interest.

    ***Movant shall serve*** a copy of this completed Scheduling Order and the Motion by U.S. Mail ***and***, (1) hand delivery or (2) facsimile or (3) email (separate from CM/ECF) on the Respondent(s), Trustee, Debtor, Debtor's Counsel, all secured creditors whose interest may be affected by the relief requested, U.S. Trustee and counsel for any committee.  Movant shall immediately file a certificate of service indicating such service.

                            IT IS SO ORDERED.


Dated:_____          _____
                            THOMAS P. AGRESTI, JUDGE
                            UNITED STATES BANKRUPTCY COURT