FILED
3/4/20 10:18 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No. 18-__10849__-TPA |
| | : | (Chapter 13) |
| STEVEN C. SEMENTELLI | : | Judge Thomas P. Agresti |
| | : | |
| Debtor. | : | |
| | : | |
| STEVEN C. SEMENTELLI | : | |
| | : | |
| Movant, | : | Related to Document No. 39 |
| | : | |
| vs. | : | |
| | : | |
| BEST BUY CREDIT SERVICES, | : | |
| CAPITAL ONE BANK (USA), N.A., | : | |
| BY AMERICAN INFOSOURCE AS | : | |
| AGENT, CITIBANK, N.A., | : | |
| CITICORP CREDIT SERVICES, | : | |
| DEPARTMENT STORES NATIONAL | : | |
| BANK, C/O QUANTUM3 GROUP LLC, | : | |
| DISCOVER FINANCIAL SERVICES, | : | |
| JPMORGAN CHASE BANK, N.A., | : | |
| NORTHWEST BANK, PORTFOLIO | : | |
| RECOVERY ASSOCIATES, LLC, | : | |
| QUICKEN LOANS, INC., | : | |
| TENDTO CREDIT UNION, | : | |
| UNITED REFINING COMPANY, | : | |
| WIDGET FINANCIAL, | : | |
| OFFICE OF THE UNITED | : | |
| STATES TRUSTEE, AND | : | |
| RONDA J. WINNECOUR, ESQ. | : | |
| CHAPTER 13 TRUSTEE | : | |
| | : | |
| Respondents. | : | |
| | : | Hearing: March 12, 2020 at 11:00 AM |

**NOTICE AND ORDER SETTING HEARING ON AN EXPEDITED BASIS**

*AND NOW*, this __4th__ day of _____March_____, 2020, **NOTICE IS HEREBY GIVEN THAT** *a Request for an Expedited Hearing on Motion for Authorization to Obtain Credit pursuant to 11 U.S.C. § 1305(c) and Bankruptcy Rule 4001* ("Motion") has been filed in the above-referenced case by MICHAEL J. GRAML, ESQ., Counsel for STEVEN C. SEMENTELLI.

*On _____March 12_____, 2020, at __11:00__ A.M.* a hearing has been scheduled in The Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, Pennsylvania.

*On or before* <u>  March 11, 2020 at Noon   </u>, *Responses* to the *Motion* shall be filed with the Clerk of the Bankruptcy Court and served on parties in interest.

*Movant shall immediately serve* a copy of this Order (and the related filing) by first class, prepaid U.S. Mail, to the Respondent(s), Trustee, Debtor, Debtor's Counsel, all secured creditors whose interests may be affected by the relief requested, U.S. Trustee and Counsel for any Committee, and to the extent possible, *also serve the foregoing by the following means*: (1) direct email (separate from CM/ECF); (2) hand delivery; and, (3) fax. In the absence of a Committee, the Movant shall serve the 20 largest unsecured creditors. *Movant shall immediately file a certificate of service* indicating such service.

_____**vas**_____
THOMAS P. AGRESTI, JUDGE
UNITED STATES BANKRUPTCY COURT

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Steven C. Sementelli  
    Debtor

Case No. 18-10849-TPA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-1     User: lfin     Page 1 of 1     Date Rcvd: Mar 04, 2020  
                 Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 06, 2020.  
db           +Steven C. Sementelli,   1820 West 56 Street,   Erie, PA 16509-1839

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                      TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 06, 2020                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 4, 2020 at the address(es) listed below:  
       James  Warmbrodt    on behalf of Creditor   Quicken Loans Inc. bkgroup@kmllawgroup.com  
       Karina  Velter    on behalf of Creditor    JPMorgan Chase Bank, N.A. amps@manleydeas.com  
       Michael J. Graml    on behalf of Debtor Steven C. Sementelli mattorney@neo.rr.com, mjgraml@verizon.net  
       Nicholas R. Pagliari    on behalf of Creditor   Tendto Credit Union, f/k/a Erie Community Credit Union npagliari@mijb.com,   sburick@mijb.com  
       Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
       Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
                                                                                                                      TOTAL: 6