**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | **Case No. 18-_10849_-TPA** |
| | : | **(Chapter 13)** |
| **STEVEN C. SEMENTELLI** | : | **Judge Thomas P. Agresti** |
| | : | |
| | : | |
| Debtor. | : | |
| | : | |
| **STEVEN C. SEMENTELLI** | : | Document No. |
| | : | |
| | : | |
| Movant, | : | Related to Document No. |
| | : | |
| vs. | : | |
| | : | |
| **BEST BUY CREDIT SERVICES,** | : | |
| **CAPITAL ONE BANK (USA), N.A.,** | : | |
| **BY AMERICAN INFOSOURCE AS** | : | |
| **AGENT, CITIBANK, N.A.,** | : | |
| **CITICORP CREDIT SERVICES,** | : | |
| **DEPARTMENT STORES NATIONAL** | : | |
| **BANK, C/O QUANTUM3 GROUP LLC,** | : | |
| **DISCOVER FINANCIAL SERVICES,** | : | |
| **JPMORGAN CHASE BANK, N.A.,** | : | |
| **NORTHWEST BANK, PORTFOLIO** | : | |
| **RECOVERY ASSOCIATES, LLC,** | : | |
| **QUICKEN LOANS, INC.,** | : | |
| **TENDTO CREDIT UNION,** | : | |
| **UNITED REFINING COMPANY,** | : | |
| **WIDGET FINANCIAL,** | : | |
| **OFFICE OF THE UNITED** | : | |
| **STATES TRUSTEE, AND** | : | |
| **RONDA J. WINNECOUR, ESQ.** | : | |
| **CHAPTER 13 TRUSTEE** | : | |
| | : | |
| Respondents. | : | |
| | : | |

**CONSENT ORDER CONFIRMING POST-PETITION FINANCING
PURSUANT TO 11 U.S.C. § 1305(c)**

**AND NOW**, this _____ day of _____, 2020, on consideration of the Motion of STEVEN C. SEMENTELLI for post-petition financing in accordance with 11 U.S.C. § 1305(c) through ALLY FINANCIAL, filed at Document No. 39, the parties have agreed, this date, as follows:

**NOW THEREFORE,** it is hereby **ORDERED, ADJUDGED and DECREED** that the request to allow Movant to obtain financing with ALLY FINANCIAL in the amount of $18,454.00 plus associated fees and costs is APPROVED; repayment shall be over a seventy-five (75) month period at $350.63 per month, at an annual percentage rate of twenty and ninety-nine hundredths (10.29%) percent;

The Debtor is expressly authorized to make post-petition payment(s) directly to ALLY FINANCIAL and shall not be required to file an amended Chapter 13 plan incorporating said payment(s); the parties further agree that the Movant shall provide timely proof of payment(s) on a monthly basis to the Chapter 13 Trustee and the Chapter 13 Trustee shall be permitted to collect the percentage fee on each payment made by the Movant during the pendency of the Chapter 13 bankruptcy proceeding for the purpose of monitoring payments;

It is **FURTHER ORDERED** that the Lender identified above providing the requested refinancing, is permitted to encumber the 2016 Kia Sorento of the Debtor, and, the Movant is authorized to make, execute and deliver to the Lender, above-named, the necessary documents required to effectuate the refinancing referred to herein;

It is *FURTHER ORDERED* that:

(1) **Within seven (7) days of the date of this Order**, the Movant shall serve a copy of the within Order on each Respondent/Defendant (i.e., each party against whom relief is sought) and its attorney of record, if any, upon any attorney or party who answered the motion or appeared at the hearing, the Lender, and file a certificate of service; and,

(2) **Financing shall occur within thirty (30) days of this Order**.

IT IS SO ORDERED.

Dated:_____            _____
                                    THOMAS P. AGRESTI, JUDGE
                                    UNITED STATES BANKRUPTCY COURT

CONSENTED TO:

 /s/ MICHAEL J. GRAML
MICHAEL J. GRAML, ESQ.
Attorney for Debtor/Movant
714 Sassafras Street
Erie, PA 16501
(814) 459-8288
PA I.D. No. 50220
mattorney@neo.rr.com

 /s/ JANA S. PAIL
RONDA J. WINNECOUR, ESQ.
BY: JANA S. PAIL, ESQ.
Office of the Chapter 13 Trustee
USX Tower, Suite 3250
600 Grant Street
Pittsburgh, PA 15219
PA I.D. No. 88910
cmecf@chapter13trsuteewdpa.com

cc:    Michael J. Graml, Esq.
       Ronda J. Winnecour, Esq.
       Office of the U.S. Trustee