**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | |
| | : | **Case No.: 18-10849** |
| **Steven C. Sementelli** | : | **Chapter 13** |
| | : | **Judge Thomas P. Agresti** |
| Debtor(s) | : | \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* |
| | : | |
| **JPMorgan Chase Bank, N.A.** | : | **Date and Time of Hearing** |
| Movant, | : | **Place of Hearing** |
| **vs** | : | **October 14, 2020 at 10:00 a.m.** |
| | : | |
| **Steven C. Sementelli** | : | **Erie Bankruptcy Courtroom, U.S.** |
| | : | **Courtroom** |
| **Ronda J. Winnecour** | : | **17 South Park Row, Erie, PA 16501** |
| Respondents. | : | |

**CERTIFICATION OF NO OBJECTION REGARDING
MOTION FOR RELIEF FROM THE AUTOMATIC STAY TO PERMIT JPMORGAN
CHASE BANK, N.A. TO REPOSSESS THE 2017 SUBARU FORESTER WITH THE
VEHICLE IDENTIFICATION NUMBER JF2SJADC1HH418260 (DOCUMENT NO. 50)**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion for Relief from the Automatic Stay ("Motion") filed on August 31, 2020 at Document No. 50 has been received.  The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon.  Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than September 17, 2020.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

 /s/ Karina Velter
Karina Velter, Esquire (94781)
Adam B. Hall (323867)
Sarah E. Barngrover (323972)

18-027792_KKC

Edward H. Cahill (0088985)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Karina
Velter.
Contact email is kvelter@manleydeas.com

18-027792_KKC

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | |
| | : | **Case No.: 18-10849** |
| **Steven C. Sementelli** | : | **Chapter 13** |
| | : | **Judge Thomas P. Agresti** |
| Debtor(s) | : | \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* |
| | : | |
| **JPMorgan Chase Bank, N.A.** | : | **Date and Time of Hearing** |
| Movant, | : | **Place of Hearing** |
| | : | **October 14, 2020 at 10:00 a.m.** |
| **vs** | : | |
| | : | |
| **Steven C. Sementelli** | : | **Erie Bankruptcy Courtroom, U.S.** |
| | : | **Courthouse** |
| **Ronda J. Winnecour** | : | **17 South Park Row, Erie, PA 16501** |
| Respondents. | : | |

**CERTIFICATE OF SERVICE OF CERTIFICATION OF NO OBJECTION**
**REGARDING MOTION FOR RELIEF FROM THE AUTOMATIC STAY TO PERMIT**
**JPMORGAN CHASE BANK, N.A. TO REPOSSESS THE 2017 SUBARU FORESTER**
**WITH THE VEHICLE IDENTIFICATION NUMBER JF2SJADC1HH418260**
**(DOCUMENT NO. 50)**

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on (date) September 21, 2020                .

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: first-class mail and/or electronic notification                .

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

EXECUTED ON: September 21, 2020

By: /s/ Karina Velter
Signature
Karina Velter, Esquire
Typed Name
P.O. Box 165028, Columbus, OH 43216-5028
Address

18-027792_KKC

614-220-5611
Phone No.
94781
List Bar I.D. and State of Admission

18-027792_KKC

Karina Velter, Attorney for Creditor, Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH  43216-5028 (notified by ecf)

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov (notified by ecf)

Ronda J. Winnecour, Chapter 13 Trustee, Suite 3250, USX Tower, 600 Grant Street, Pittsburgh, PA  15219 (notified by ecf)

Michael J. Graml, Attorney for Debtor, 714 Sassafras Street, Erie, PA  16501 (notified by ecf)

Steven C. Sementelli, Debtor, 1820 West 56 Street, Erie, PA  16509 (notified by regular US Mail)

18-027792_KKC