Certificate Number: 15111-PAW-DE-036739912

Bankruptcy Case Number: 18-10849



15111-PAW-DE-036739912

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 7, 2022, at 11:44 o'clock AM EDT, Steven C. Sementelli completed a course on personal financial management given by internet by BE Adviser, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:   August 7, 2022              By:   /s/Ryan McDonough

                                    Name: Ryan McDonough

                                    Title: Executive Director of Education