IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No. 18- 10849 -TPA |
| | : | (Chapter 13) |
| STEVEN C. SEMENTELLI | : | Judge Thomas P. Agresti |
| | : | |
| | : | |
| Debtor. | : | |
| | : | Document No. |
| | : | |
| STEVEN C. SEMENTELLI | : | |
| | : | Related to Document No. |
| | : | |
| Movant, | : | |
| | : | |
| vs. | : | |
| | : | |
| NO RESPONDENT | : | |
| | : | |
| | : | |
| Respondents. | : | |
| | : | |

**DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY**

1. The Debtor has made all payments required by the Chapter 13 Plan.

2. The Debtor is not required to pay any Domestic Support Obligation.

3. The Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtor ineligible for a discharge.

4. On August 7, 2022, at docket number 66, Debtor complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

This Certification is being signed under penalty of perjury by Undersigned Counsel, who duly questioned Debtor about the statements in this Certification and verified the answers in support of this Certification.

Respectfully submitted,

Dated:  September 8, 2022        /s/ MICHAEL J. GRAML
MICHAEL J. GRAML, ESQ.
Attorney for Debtor/Movant
714 Sassafras Street
Erie, PA 16501
(814) 459-8288
PA I.D. No. 50220
mattorney@neo.rr.com