**Form 408**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Steven C. Sementelli**
Debtor(s)

Bankruptcy Case No.: 18−10849−JAD

Chapter: 13
Docket No.: 74 − 72

## ORDER SETTING DATE CERTAIN
## FOR RESPONSE AND HEARING ON MOTION

**AND NOW,** this The 26th of November, 2022, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

**IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, U.S. Courthouse, Room B160 17 South Park Row Erie, PA 16501 by 1/9/23.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **1/18/23 at 11:00 AM in the Zoom Video Conference Application, https://www.zoomgov.com/j/16009283473, or alternatively, Mtg ID: 160 0928 3473** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Jeffery A. Deller.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **1/9/23.**

                                                            Jeffery A. Deller
                                                            United States Bankruptcy Judge

cm: **All Parties**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-10849-JAD |
| Steven C. Sementelli | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 3 |
| Date Rcvd: Nov 28, 2022 | Form ID: 408 | Total Noticed: 25 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 30, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Steven C. Sementelli, 1820 West 56 Street, Erie, PA 16509-1839 |
| cr | + | Tendto Credit Union, f/k/a Erie Community Credit U, 1915 East 36th Street, Erie, PA 16510-2663 |
| 14901822 | | Attn: Bankruptcy Dept., Synchrony Bank/JCPenney, P.O. Box 965060, Orlando, FL 32896-5060 |
| 14901819 | | Attn: Bankruptcy Dept., Northwest Bank, P.O. Box 30495, Tampa, FL 33630-3495 |
| 14901823 | + | Attn: Bankruptcy Dept., Tendto Credit Union, P.O. Box 498181, Cincinnati, OH 45249-7181 |
| 14901815 | | Attn: Bankruptcy Dept., Capital One Bank (USA), N.A., P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14901824 | + | Attn: Credit Department, United Refining Company, P.O. Box 599, Warren, PA 16365-0599 |
| 14931712 | + | Northwest Bank, PO Box 337, Warren PA 16365-0337 |
| 14920722 | + | Tendto Credit Union, f/k/a Erie Community Credit Union, c/o Carol F. Messenger, Payment Solution, 1915 East 36th Street, Erie, PA 16510-2663 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14901813 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 28 2022 23:47:19 | American Express/Macy's, Bankruptcy Processing, P.O. Box 8053, Mason, OH 45040-8053 |
| 14901814 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 28 2022 23:47:19 | Best Buy Credit Services, P.O. Box 790441, St. Louis, MO 63179-0441 |
| 14919947 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 28 2022 23:47:01 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14941340 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 28 2022 23:57:41 | Citibank, N.A., Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 14901816 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 28 2022 23:57:37 | Citibank/Shell Oil, Centralized Bankruptcy Operations, P.O. Box 790034, St. Louis, MO 63179-0034 |
| 14901817 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 28 2022 23:57:31 | Citicorp Credit Services, Centralized Bankruptcy Operations, P.O. Box 790040, St. Louis, MO 63179-0040 |
| 14941339 | | Email/Text: bnc-quantum@quantum3group.com | Nov 28 2022 23:44:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14904811 | | Email/Text: mrdiscen@discover.com | Nov 28 2022 23:43:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14901818 | | Email/Text: mrdiscen@discover.com | Nov 28 2022 23:43:00 | Discover Financial Services, P.O. Box 3025, New Albany, OH 43054-3025 |
| 14917548 | | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 28 2022 23:46:32 | JPMorgan Chase Bank, N.A., National Bankruptcy Department, P.O. Box 901032, Ft. Worth TX 76101-2032 |
| 14901821 | | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 28 2022 23:47:16 | Subaru Motors Finance, c/o Chase Auto Finance, P.O. Box 901076, Fort Worth, TX 76101-2076 |
| 14940329 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 28 2022 23:47:18 | Portfolio Recovery Associates, LLC, POB 12914, |

Case 18-10849-JAD    Doc 75    Filed 11/30/22    Entered 12/01/22 00:25:18    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0315-1 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 28, 2022 | Form ID: 408 | Total Noticed: 25 |

| 14902460 | + | Email/PDF: rmscedi@recoverycorp.com | Nov 28 2022 23:57:30 | Norfolk VA 23541 PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14912806 | + | Email/Text: bankruptcyteam@quickenloans.com | Nov 28 2022 23:44:00 | Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 14901820 |   | Email/Text: bankruptcyteam@quickenloans.com | Nov 28 2022 23:44:00 | Quicken Loans, Inc., P.O. Box 442359, Detroit, MI 48244-2359 |
| 14901825 | + | Email/Text: collections@widgetfinancial.com | Nov 28 2022 23:44:00 | Widget Financial, 2154 East Lake Road, Erie, PA 16511-1140 |

TOTAL: 16

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr |  | JPMorgan Chase Bank, N.A. |
| cr |  | Quicken Loans Inc. |
| cr |  | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/ |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 3 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 30, 2022         Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 26, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Quicken Loans Inc. bnicholas@kmllawgroup.com |
| Maria Miksich | on behalf of Creditor Quicken Loans Inc. mmiksich@kmllawgroup.com |
| Michael J. Graml | on behalf of Debtor Steven C. Sementelli mattorney@neo.rr.com  mjgraml@verizon.net |
| Nicholas R. Pagliari | on behalf of Creditor Tendto Credit Union  f/k/a Erie Community Credit Union npagliari@mijb.com, sburick@mijb.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

| District/off: 0315-1 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Nov 28, 2022 | Form ID: 408 | Total Noticed: 25 |

Stephen Russell Franks
                              on behalf of Creditor JPMorgan Chase Bank  N.A. amps@manleydeas.com

TOTAL: 8