**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>STEVEN C. SEMENTELLI<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>    Movant<br>    vs.<br>No Respondents. | Case No.:18-10849 JAD<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

  1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

  2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

  3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

   4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

  1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
  2. Approve the Trustee's Report of Receipts and Disbursements,
  3. Terminate wage attachments,
  4. Revest property of the estate in the debtor(s), and
  5. Enter a final decree and close this case.

November 23, 2022

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 08/22/2018 and confirmed on 2/8/19. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 59,947.28 |
| Less Refunds to Debtor | 430.53 | |
| TOTAL AMOUNT OF PLAN FUND | | 59,516.75 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 4,000.00 | |
|   Trustee Fee | 2,692.45 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 6,692.45 |

| Creditor Type    Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   QUICKEN LOANS LLC FKA QUICKEN LOAN | 0.00 | 41,869.72 | 0.00 | 41,869.72 |
|     Acct: 1671 | | | | |
|   QUICKEN LOANS LLC FKA QUICKEN LOAN | 75.16 | 75.16 | 0.00 | 75.16 |
|     Acct: 1671 | | | | |
| | | | | 41,944.88 |
| **Priority** | | | | |
|   MICHAEL J GRAML ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEVEN C. SEMENTELLI | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEVEN C. SEMENTELLI | 430.53 | 430.53 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MICHAEL J GRAML ESQ | 4,000.00 | 4,000.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   SUBARU MOTORS FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5948 | | | | |
|   JPMORGAN CHASE BANK NA | 4,637.34 | 4,637.34 | 0.00 | 4,637.34 |
|     Acct: 5948 | | | | |
| | | | | 4,637.34 |
| **Unsecured** | | | | |
|   DEPARTMENT STORES NATIONAL BANK | 672.95 | 165.95 | 0.00 | 165.95 |
|     Acct: 8668 | | | | |
|   BEST BUY CREDIT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9075 | | | | |
|   CAPITAL ONE BANK (USA) NA BY AMERIC | 4,455.87 | 1,098.82 | 0.00 | 1,098.82 |
|     Acct: 5748 | | | | |
|   CITIBANK NA** | 479.89 | 118.34 | 0.00 | 118.34 |
|     Acct: 2032 | | | | |
|   CITIBANK NA** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3294 | | | | |
|   DISCOVER BANK(*) | 3,680.54 | 907.62 | 0.00 | 907.62 |
|     Acct: 0921 | | | | |
|   NORTHWEST BANK FKA NORTHWEST SA | 4,821.45 | 1,188.97 | 0.00 | 1,188.97 |

| Creditor Type Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 2343 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 3,610.54 | 890.36 | 0.00 | 890.36 |
| Acct: 5664 | | | | |
| TENDTO CREDIT UNION | 7,591.34 | 1,872.02 | 0.00 | 1,872.02 |
| Acct: 5009 | | | | |
| UNITED REFINING | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7868 | | | | |
| WIDGET FINANCIAL** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0090 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5664 | | | | |
| BRIAN C NICHOLAS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| STEPHEN R FRANKS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| NICHOLAS R PAGLIARI ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 6,242.08 |

| | |
|---|---:|
| TOTAL PAID TO CREDITORS | 52,824.30 |

TOTAL CLAIMED
PRIORITY         4,637.34
SECURED             75.16
UNSECURED      25,312.58

Date: 11/23/2022

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    STEVEN C. SEMENTELLI

           Debtor(s)

    Ronda J. Winnecour
           Movant
           vs.
    No Repondents.

Case No.:18-10849 JAD

Chapter 13

Document No.:

ORDER OF COURT

AND NOW, this _____ day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:  Case No. 18-10849-JAD
Steven C. Sementelli  Chapter 13
   Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1     User: auto     Page 1 of 3
Date Rcvd: Nov 28, 2022     Form ID: pdf900     Total Noticed: 25

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 30, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Steven C. Sementelli, 1820 West 56 Street, Erie, PA 16509-1839 |
| cr | + | Tendto Credit Union, f/k/a Erie Community Credit U, 1915 East 36th Street, Erie, PA 16510-2663 |
| 14901822 | | Attn: Bankruptcy Dept., Synchrony Bank/JCPenney, P.O. Box 965060, Orlando, FL 32896-5060 |
| 14901819 | | Attn: Bankruptcy Dept., Northwest Bank, P.O. Box 30495, Tampa, FL 33630-3495 |
| 14901823 | + | Attn: Bankruptcy Dept., Tendto Credit Union, P.O. Box 498181, Cincinnati, OH 45249-7181 |
| 14901815 | | Attn: Bankruptcy Dept., Capital One Bank (USA), N.A., P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14901824 | + | Attn: Credit Department, United Refining Company, P.O. Box 599, Warren, PA 16365-0599 |
| 14931712 | + | Northwest Bank, PO Box 337, Warren PA 16365-0337 |
| 14920722 | + | Tendto Credit Union, f/k/a Erie Community Credit Union, c/o Carol F. Messenger, Payment Solution, 1915 East 36th Street, Erie, PA 16510-2663 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14901813 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 28 2022 23:57:41 | American Express/Macy's, Bankruptcy Processing, P.O. Box 8053, Mason, OH 45040-8053 |
| 14901814 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 28 2022 23:57:37 | Best Buy Credit Services, P.O. Box 790441, St. Louis, MO 63179-0441 |
| 14919947 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 28 2022 23:47:01 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14941340 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 28 2022 23:57:31 | Citibank, N.A., Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 14901816 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 28 2022 23:57:41 | Citibank/Shell Oil, Centralized Bankruptcy Operations, P.O. Box 790034, St. Louis, MO 63179-0034 |
| 14901817 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 28 2022 23:57:31 | Citicorp Credit Services, Centralized Bankruptcy Operations, P.O. Box 790040, St. Louis, MO 63179-0040 |
| 14941339 | | Email/Text: bnc-quantum@quantum3group.com | Nov 28 2022 23:44:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14904811 | | Email/Text: mrdiscen@discover.com | Nov 28 2022 23:43:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14901818 | | Email/Text: mrdiscen@discover.com | Nov 28 2022 23:43:00 | Discover Financial Services, P.O. Box 3025, New Albany, OH 43054-3025 |
| 14917548 | | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 28 2022 23:46:35 | JPMorgan Chase Bank, N.A., National Bankruptcy Department, P.O. Box 901032, Ft. Worth TX 76101-2032 |
| 14901821 | | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 28 2022 23:46:35 | Subaru Motors Finance, c/o Chase Auto Finance, P.O. Box 901076, Fort Worth, TX 76101-2076 |
| 14940329 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 28 2022 23:57:31 | Portfolio Recovery Associates, LLC, POB 12914, |

Case 18-10849-JAD    Doc 76    Filed 11/30/22    Entered 12/01/22 00:25:18    Desc Imaged
Certificate of Notice    Page 6 of 7

| District/off: 0315-1 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 28, 2022 | Form ID: pdf900 | Total Noticed: 25 |

| 14902460 | + | Email/PDF: rmscedi@recoverycorp.com | Nov 28 2022 23:47:07 | Norfolk VA 23541<br>PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14912806 | + | Email/Text: bankruptcyteam@quickenloans.com | Nov 28 2022 23:44:00 | Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 14901820 |   | Email/Text: bankruptcyteam@quickenloans.com | Nov 28 2022 23:44:00 | Quicken Loans, Inc., P.O. Box 442359, Detroit, MI 48244-2359 |
| 14901825 | + | Email/Text: collections@widgetfinancial.com | Nov 28 2022 23:44:00 | Widget Financial, 2154 East Lake Road, Erie, PA 16511-1140 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr |  | JPMorgan Chase Bank, N.A. |
| cr |  | Quicken Loans Inc. |
| cr |  | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/ |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 3 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 30, 2022          Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 23, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Quicken Loans Inc. bnicholas@kmllawgroup.com |
| Maria Miksich | on behalf of Creditor Quicken Loans Inc. mmiksich@kmllawgroup.com |
| Michael J. Graml | on behalf of Debtor Steven C. Sementelli mattorney@neo.rr.com mjgraml@verizon.net |
| Nicholas R. Pagliari | on behalf of Creditor Tendto Credit Union  f/k/a Erie Community Credit Union npagliari@mijb.com, sburick@mijb.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

District/off: 0315-1 | User: auto | Page 3 of 3
Date Rcvd: Nov 28, 2022 | Form ID: pdf900 | Total Noticed: 25

Stephen Russell Franks
                       on behalf of Creditor JPMorgan Chase Bank  N.A. amps@manleydeas.com

TOTAL: 8