| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Steven C. Sementelli<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–7331<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | |
| Case number: | 18-10849-JAD | |

# Order of Discharge                                                                                                  12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Steven C. Sementelli

<u>1/10/23</u>                                                                  **By the court:** <u>Jeffery A. Deller</u>
                                                                                              United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

---

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-10849-JAD |
| Steven C. Sementelli | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 3 |
| Date Rcvd: Jan 10, 2023 | Form ID: 3180W | Total Noticed: 27 |

The following symbols are used throughout this certificate:
**Symbol  Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 12, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Steven C. Sementelli, 1820 West 56 Street, Erie, PA 16509-1839 |
| cr | + | Tendto Credit Union, f/k/a Erie Community Credit U, 1915 East 36th Street, Erie, PA 16510-2663 |
| 14901822 | | Attn: Bankruptcy Dept., Synchrony Bank/JCPenney, P.O. Box 965060, Orlando, FL 32896-5060 |
| 14901819 | | Attn: Bankruptcy Dept., Northwest Bank, P.O. Box 30495, Tampa, FL 33630-3495 |
| 14901823 | + | Attn: Bankruptcy Dept., Tendto Credit Union, P.O. Box 498181, Cincinnati, OH 45249-7181 |
| 14901815 | | Attn: Bankruptcy Dept., Capital One Bank (USA), N.A., P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14901824 | + | Attn: Credit Department, United Refining Company, P.O. Box 599, Warren, PA 16365-0599 |
| 14931712 | + | Northwest Bank, PO Box 337, Warren PA 16365-0337 |
| 14920722 | + | Tendto Credit Union, f/k/a Erie Community Credit Union, c/o Carol F. Messenger, Payment Solution, 1915 East 36th Street, Erie, PA 16510-2663 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | EDI: PENNDEPTREV | Jan 11 2023 04:54:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 11 2023 00:05:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | EDI: PENNDEPTREV | Jan 11 2023 04:54:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 11 2023 00:05:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| 14901813 | + EDI: CITICORP.COM | Jan 11 2023 04:54:00 | American Express/Macy's, Bankruptcy Processing, P.O. Box 8053, Mason, OH 45040-8053 |
| 14901814 | + EDI: CITICORP.COM | Jan 11 2023 04:54:00 | Best Buy Credit Services, P.O. Box 790441, St. Louis, MO 63179-0441 |
| 14919947 | EDI: CAPITALONE.COM | Jan 11 2023 04:54:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14941340 | + EDI: CITICORP.COM | Jan 11 2023 04:54:00 | Citibank, N.A., Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 14901816 | + EDI: CITICORP.COM | Jan 11 2023 04:54:00 | Citibank/Shell Oil, Centralized Bankruptcy Operations, P.O. Box 790034, St. Louis, MO 63179-0034 |
| 14901817 | + EDI: CITICORP.COM | Jan 11 2023 04:54:00 | Citicorp Credit Services, Centralized Bankruptcy Operations, P.O. Box 790040, St. Louis, MO 63179-0040 |
| 14941339 | EDI: Q3G.COM | | |

| District/off: 0315-1 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 10, 2023 | Form ID: 3180W | Total Noticed: 27 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Jan 11 2023 04:54:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14904811 | | EDI: DISCOVER.COM | Jan 11 2023 04:54:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14901818 | | EDI: DISCOVER.COM | Jan 11 2023 04:54:00 | Discover Financial Services, P.O. Box 3025, New Albany, OH 43054-3025 |
| 14917548 | | EDI: JPMORGANCHASE | Jan 11 2023 04:54:00 | JPMorgan Chase Bank, N.A., National Bankruptcy Department, P.O. Box 901032, Ft. Worth TX 76101-2032 |
| 14901821 | | EDI: JPMORGANCHASE | Jan 11 2023 04:54:00 | Subaru Motors Finance, c/o Chase Auto Finance, P.O. Box 901076, Fort Worth, TX 76101-2076 |
| 14940329 | | EDI: PRA.COM | Jan 11 2023 04:54:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14902460 | + | EDI: RECOVERYCORP.COM | Jan 11 2023 04:54:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14912806 | + | Email/Text: bankruptcyteam@quickenloans.com | Jan 11 2023 00:05:00 | Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 14901820 | | Email/Text: bankruptcyteam@quickenloans.com | Jan 11 2023 00:05:00 | Quicken Loans, Inc., P.O. Box 442359, Detroit, MI 48244-2359 |
| 14901825 | + | Email/Text: collections@widgetfinancial.com | Jan 11 2023 00:05:00 | Widget Financial, 2154 East Lake Road, Erie, PA 16511-1140 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | JPMorgan Chase Bank, N.A. |
| cr | | Quicken Loans Inc. |
| cr | | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/ |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 3 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 12, 2023          Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 10, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | |

| District/off: 0315-1 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jan 10, 2023 | Form ID: 3180W | Total Noticed: 27 |

| | |
|---|---|
| | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bnicholas@kmllawgroup.com |
| Brian Nicholas | |
| | on behalf of Creditor Quicken Loans Inc. bnicholas@kmllawgroup.com |
| Maria Miksich | |
| | on behalf of Creditor Quicken Loans Inc. mmiksich@kmllawgroup.com |
| Michael J. Graml | |
| | on behalf of Debtor Steven C. Sementelli mattorney@neo.rr.com mjgraml@verizon.net |
| Nicholas R. Pagliari | |
| | on behalf of Creditor Tendto Credit Union f/k/a Erie Community Credit Union npagliari@mijb.com, sburick@mijb.com |
| Office of the United States Trustee | |
| | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | |
| | cmecf@chapter13trusteewdpa.com |
| Stephen Russell Franks | |
| | on behalf of Creditor JPMorgan Chase Bank N.A. amps@manleydeas.com |

TOTAL: 8