# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** Steven C. Sementelli<br>　　　　　　　　　　**Debtor(s)**<br><br>**Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc.**<br>　　　　　　　　　　**Movant**<br>　　　　　**vs.**<br><br>**Steven C. Sementelli**<br>　　　　　　　　　　**Debtor(s)**<br><br>**Ronda J. Winnecour**,<br>　　　　　　　　　　**Trustee** | **BK NO. 18-10849 JAD**<br><br>**Chapter 13**<br><br>**Related to Claim No. 2** |

## CERTIFICATE OF SERVICE
## NOTICE OF MORTGAGE PAYMEMT CHANGE

I, Brian C. Nicholas of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>October 26, 2022</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

<u>Debtor(s)</u>
Steven C. Sementelli
1820 West 56 Street
Erie, PA 16509

<u>Attorney for Debtor(s)</u>
Michael J. Graml, Esq.
714 Sassafras Street (VIA ECF)
Erie, PA 16501

<u>Trustee</u>
Ronda J. Winnecour
Suite 3250, USX Tower (VIA ECF)
600 Grant Street
Pittsburgh, PA 15219

Method of Service: electronic means or first class mail

Dated: <u>October 26, 2022</u>

　　　　　　　　　　　　　　　　　　　　　　　　**/s/Brian C. Nicholas Esquire**
　　　　　　　　　　　　　　　　　　　　　　　　Brian C. Nicholas Esquire
　　　　　　　　　　　　　　　　　　　　　　　　Attorney I.D. 317240
　　　　　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　　　　　　　　412-430-3594
　　　　　　　　　　　　　　　　　　　　　　　　bkgroup@kmllawgroup.com